Judge Bryan

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$459,565.77 in U.S. Currency,<br><br>  Defendant. | NO. C04-5847RJB<br><br>DEFAULT JUDGMENT OF FORFEITURE |

Plaintiff, United States of America, filed its Complaint for Forfeiture of the $459,565.77 in U.S. Currency (defendant currency) on December 10, 2004, pursuant to Title 21, United States Code, Section 881(a)(6) for violation of Title 21, United States Code, Section 841(a)(1).

Notice of the forfeiture action was published in <u>The Daily Journal of Commerce</u> on December 21, 28, 2004 and January 4, 2005. All interested persons were advised to file their claims pursuant to Supplemental Rule C(6) of the Federal Rules of Civil Procedure with the Clerk of the Court within thirty (30) days after the date of the publication and to serve their Answers to the Complaint within twenty (20) days after the filing of a claim.

In addition, Plaintiff has served or exhausted reasonable efforts to locate and serve the Complaint and Notice of this action on all identified potential claimants to the defendant currency.

\\

DEFAULT JUDGMENT OF FORFEITURE - 1
(C04-5847RJB) $459,565.77in U.S. Currency

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970


1  On March 25, 2005, on motion of the United States, the Clerk of the Court entered an Order of Default against Yong Cha Lee, and any unknown persons who failed to file a claim.

More than thirty (30) days have elapsed since all possible domestic claimants were served with the Complaint for Forfeiture and related documents. In addition, more than thirty (30) days have elapsed since the date notice of this action was published. Neither a claim to the defendant currency nor an answer to the Complaint have been filed by any person or entity, within the time period allowed by Supplemental Rule C(6).

Now, therefore, on motion by the Plaintiff, United States of America, for a Default Judgment of Forfeiture, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. This Court has jurisdiction over this action under Title 28, United States Code, Sections 1345 and 1355, and Title 21, United States Code, Section 841 and 881(a)(6), and venue pursuant to Title 28, United States Code, Section 1395.

2. Pursuant to Title 21, United States Code, Section 881(a)(6), the defendant currency is forfeited to the United States of America, and no right, title or interest in the defendant currency shall exist in any other party.

3. The United States Marshals Service, pursuant to this Default Judgment, shall dispose of the defendant currency in accordance with the law.

\\
\\
\\
\\
\\
\\
\\
\\

DEFAULT JUDGMENT OF FORFEITURE - 2
(C04-5847RJB) $459,565.77 in U.S. Currency

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

4. The Clerk of the Court shall deliver three (3) raised seal, certified copies of this Default Judgment of Forfeiture to the United States Marshals Service in Seattle, Washington.

DATED this 27th day of April, 2005.

*Robert J. Bryan*
Robert J. Bryan
U.S. District Judge

Presented by:

  s/Richard E. Cohen
RICHARD E. COHEN, WSBA #91005
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-2242
206-553-6934 (fax)
Richard.E.Cohen@usdoj.gov

DEFAULT JUDGMENT OF FORFEITURE - 3
(C04-5847RJB) $459,565.77in U.S. Currency

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970